**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **HAROLD HUFF,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CITY OF ADA, TRACY JACKSON, FRANK STOUT, ADA POLICE DEPARTMENT, JOHN DOE 1, JOHN DOE 2, TEN BOX EMPLOYEE, AND TEN BOX COST PLUS,**<br><br>**Defendants.** | **Case No. 26-CV-003-JFH-GLJ** |

**ORDER**

Before the Court is a Report and Recommendation submitted by United States Magistrate Judge Gerald L. Jackson [Dkt. No. 34] recommending that the Court grant Defendants' Motions to Dismiss [Dkt. Nos. 7, 19] and dismiss Plaintiff's claims as to all Defendants with prejudice. The Magistrate Judge further recommends that Defendant Ten Box Cost Plus's Motion to Dismiss Plaintiff's Petition for Damages [Dkt. No 18] be denied as moot and Plaintiff's Motion for Leave to File Amended Complaint [Dkt. No 26] be denied in its entirety. Dkt. No. 34.

No party objected to the Magistrate Judge's Report and Recommendation within the fourteen-day period prescribed in 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), nor did Plaintiff file an objection on or before the extended deadline granted by the Court. Having

reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation and therefore accepts and adopts it as the order of this Court.

Noting that Defendant Jane Doe, identified in the original Complaint as "Jane Doe, Ten Box Employee," was dismissed on July 23, 2026 [Dkt. No. 33], the Court finds that no remaining claims or Defendants remain in the action, and the action should be and is hereby dismissed.

SO ORDERED this 29th day of September 2026.

JOHN F. HEIL, III
CHIEF UNITED STATES DISTRICT JUDGE